**Max Ptashne, appellee, v. Reliance Life Insurance Company, appellant. Gen. No. 32,126.**

Action for balance of health indemnity insurance. Judgment for

plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 14, 1928. Rehearing denied February 28, 1928.

Moses, Kennedy, Stein & Bachrach, for appellant; I. E. Ferguson and A. K. Orschel, of counsel. John J. Sonsteby, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.